**Order entered February 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01559-CV

### CHERRY PETERSEN LANDRY ALBERT LLP, Appellant

### V.

### ERWIN CRUZ, M.D., Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-16274

## ORDER

The Court has before it the parties' January 30, 2013 unopposed joint motion to align briefing schedules. The Court **DENIES** the motion. Appellant's brief is due on March 8, 2013.

/s/ ELIZABETH LANG-MIERS
   JUSTICE